**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: | Case No:   03-67405 |
| WILLIAM LAWRENCE PATE | |
| 254 S BURGESS AVE | Judge:   John E. Hoffman Jr. |
| COLUMBUS, OH  43204 | |
| | |
| PAULA MARIE PATE | |
| 2755 Eakin Rd #T | |
| COLUMBUS, OH  43204 | |
| | |
| SSN(S):   XXX-XX-3721 | |
| XXX-XX-8306 | |

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.


Dated:   September 23, 2009            /s/ Frank M. Pees
                                        Frank M. Pees
                                        Chapter 13 Trustee


| **Name and Address** | **Amount** |
|---|---|
| WILLIAM LAWRENCE PATE & PAULA MARIE PATE<br>254 S BURGESS AVE<br>COLUMBUS, OH  43204 | 18.68 |